■ MICHAEL MOORE, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 67317.) Appeal from an order of the Court of Claims (Murray, J.), entered September 6, 1984, which granted the State's motion to dismiss the claim.

Order affirmed, without costs, upon the opinion of Judge Edward M. Murray of the Court of Claims. Kane, J. P., Main, Weiss, Mikoll and Yesawich, Jr., JJ., concur.